UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br><br>AUTOMATED TRUCKING, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 8:25-bk-03886-CPM |
| AUTOMATED TRUCKING, LLC,<br><br>    Plaintiff,<br>v.<br><br>KRISTOPHER LUNSFORD; AKL & ASSOCIATES, INC. d/b/a AKL TRANSPORT; AKL LOGISTICS; and SOUTHERN TRUCK LEASING<br><br>    Defendants. | ADVERSARY PROCEEDING NO.<br><br>CASE NO. 8:25-ap-00290-CPM |

**DEFENDANTS AKL & ASSOCIATES, INC.'S AND SOUTHERN TRUCK LEASING'S CORPORATE DISCLOSURE STATEMENT**

Defendants AKL & ASSOCIATES, INC. and SOUTHERN TRUCK LEASING submit their disclosure statement pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

1. Neither AKL & ASSOCIATES, INC. nor SOUTHERN TRUCK LEASING has a parent corporation.

2. No other publicly held corporation owns 10% or more of the limited liability company interests of AKL & ASSOCIATES, INC. or SOUTHERN TRUCK LEASING.

Date:  September 5, 2025        Respectfully submitted,

1

*/s/Courtney M. King*
COURTNEY M. KING, ESQUIRE
Florida Bar No. 0069389
GINAN A. JOBARAH, ESQUIRE
Florida Bar No. 1020802
**MCDONALD TOOLE RICHMAN & CORRENTI, P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
MGMvAKL@mtrclegal.com
cking@mtrclegal.com
gjobarah@mtrclegal.com
*Attorneys for Defendants, KRISTOPHER LUNSFORD, AKL & ASSOCIATES, INC. d/b/a AKL TRANSPORT, AKL LOGISTICS and SOUTHERN TRUCK LEASING*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **Defendants' Corporate Disclosure Statement** was filed with the Clerk of Court using the CM/ECF system on September 5, 2025, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing:

Albert F. Gomez, Jr., Esq., JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, 400 N. Ashley Drive, Suite 3100, Tampa, FL; al@jpfirm.com; spratico@jpfirm.com (*Attorney for Plaintiff*)

        */s/Courtney M. King*
        COURTNEY M. KING, ESQUIRE
        Florida Bar No. 0069389
        GINAN A. JOBARAH, ESQUIRE
        Florida Bar No. 1020802
        **MCDONALD TOOLE RICHMAN & CORRENTI, P.A.**
        111 N. Magnolia Avenue, Suite 1200
        Orlando, FL 32801
        Telephone: (407) 246-1800
        MGMvAKL@mtrclegal.com
        cking@mtrclegal.com
        gjobarah@mtrclegal.com
        *Attorneys for Defendants, KRISTOPHER LUNSFORD, AKL & ASSOCIATES, INC. d/b/a AKL TRANSPORT, AKL LOGISTICS and SOUTHERN TRUCK LEASING*