ORDERED.

Dated: October 10, 2025

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

AUTOMATED TRUCKING, LLC,         Chapter 11
       Case No: 8:25-bk-03886-CPM
   Debtor.
_____/

AUTOMATED TRUCKING, LLC,        Adv. Case No. 8:25-ap-00290-CPM

   Plaintiff,

v.

KRISTOPHER LUNSFORD;
AKL & ASSOCIATES, INC.
d/b/a AKL TRANSPORT;
AKL LOGISTICS; and
SOUTHERN TRUCK LEASING,

   Defendants.
_____/

**AGREED ORDER ON DEFENDANTS' AMENDED MOTION TO DISMISS
COMPLAINT AND PLAINTIFF TO FILE AMENDED COMPLAINT**

THIS CAUSE came on for consideration without hearing, upon the Defendants' Amended Motion to Dismiss (AP Doc. No. 6) (the "Motion to Dismiss"). The parties have met and conferred and have consented to an extension of time for Plaintiff to amend its Complaint. By submitting

this Order for entry, the submitting party represents that the other parties have agreed to its entry. Accordingly, it is:

ORDERED that:

1. The parties have agreed that Plaintiff may amend its Complaint (AP Doc. No. 1) within the forty (40) day extension.

2. The Motion to Dismiss is granted consistent with the terms of this agreed Order.

3. The Plaintiff shall file an amended Complaint within forty (40) days from the date of this Order.

4. The Court hereby retains jurisdiction over all parties referenced herein to enforce the terms of this Order.

\*\*\*

*Attorney Al Gomez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of this order.*